FORM B5(12/03)   FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>**District of New Jersey** | **INVOLUNTARY PETITION** |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**KIDS.COM LLC** | ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden, and trade names.) |
|---|---|

LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO.
(If more than one, state all.)

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**343 Passaic Avenue**<br>**Fairfield, NJ 07004** | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|

COUNTY OF RESIDENCE OR
PRINCIPAL PLACE OF BUSINESS
**Essex**

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7   ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

BRIEFLY DESCRIBE NATURE OF BUSINESS
**Children's Modeling Agency**

TYPE OF DEBTOR
☐ Individual        ☐ Stockbroker
☐ Partnership       ☐ Commodity Broker
☐ Corporation       ☐ Railroad
☐ Other: _____

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
|  |  |  |
| Relationship | District | Judge |
|  |  |  |

**ALLEGATIONS**
(Check applicable boxes)                                                         COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
   or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

| | Name of Debtor **KIDS.COM LLC** |
|---|---|
| FORM 5 Involuntary Petition (6/92) | Case No. _____ (court use only) |

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X **/s/ Jerome Ashfield**
Signature of Petitioner or Representative (State title)

**National Talent Associates, Inc.**          **November 10, 2004**
Name of Petitioner                                  Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Jerome Ashfield**
**30 Park Place**
**Pompton Lakes, NJ 07442**

X **/s/ Leo V. Leyva**          **November 10, 2004**
Signature of Attorney                Date

**Leo V. Leyva**
Name of Attorney Firm (If any)

**Cole, Schotz, Meisel, Forman & Leonard**
**25 Main Street**
**Hackensack, NJ 07601**
Address
Telephone No. **201-489-3000**

---

X **/s/ Jerome Ashfield**
Signature of Petitioner or Representative (State title)

**A & S Holding Company**          **November 10, 2004**
Name of Petitioner                       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Jerome Ashfield**
**30 Park Place**
**Pompton Lakes, NJ 07442**

X **/s/ Leo V. Leyva, Esq.**          **November 10, 2004**
Signature of Attorney                   Date

**Leo V. Leyva, Esq.**
Name of Attorney Firm (If any)

**Cole, Schotz, Meisel, Forman & Leonard**
**25 Main Street**
**Hackensack, NJ 07601**
Address
Telephone No. **201-489-3000**

---

X **/s/ Charles T. Chiarello, V.P.**
Signature of Petitioner or Representative (State title)

**Classic Coffee Systems**          **November 10, 2004**
Name of Petitioner                       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Charles T. Chiarello, V.P.**
**Classic Coffee Systems**
**333 West Merrick Road**
**Valley Stream, NY 11580**

X **/s/**          **November 10, 2004**
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address
Telephone No. _____

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **National Talent Associates, Inc.**<br>**30 Park Place**<br>**Pompton Lakes, NJ 07442** | **Promissory Note** | 191,555.86 |
| **A & S Holding Company**<br>**30 Park Place**<br>**Pompton Lakes, NJ 07442** | **Rent and related charges** | 40,467.82 |
| **Classic Coffee Systems**<br>**333 West Merrick Road**<br>**Valley Stream, NY 11580** | | 71.25 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>**232,094.93** |

__**0**__ continuation sheets attached