KOPELMAN & KOPELMAN LLP
55 Main Street
Hackensack, New Jersey 07601
Telephone Number (201) 489-5500
Facsimile Number (201) 489-7755
Attorneys for KIDMODELS, LLC


/s/ Michael S. Kopelman
Michael S. Kopelman, Esq.
(MSK 6104)

| In Re: | : | UNITED STATES BANKRUPTCY COURT |
|---|---|---|
|  | : | DISTRICT OF NEW JERSEY |
| KIDS.COM LLC | : |  |
|  | : |  |
| Debtor | : | Chapter 7 |
|  | : | Case No.: 04-45797 (NLW) |


## NOTICE OF APPEARANCE AND DEMAND
## FOR SERVICE OF PAPERS


**TO:** Clerk, United States Bankruptcy Court
M.L. King, Jr. Federal Building – 3rd Floor
50 Walnut Street
Newark, New Jersey 07102

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Attention: Kenneth L. Baum, Esq.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07602-0800

Wasserman, Jurista & Stolz, P.C.
Attention: Steven Z. Jurista, Esq.
225 Millburn Avenue, Suite 207
Millburn, New Jersey 07041

Stern, Lavinthal, Frankenberg & Norgaard LLC
Attention: Gary K. Norgaard, Esq.
184 Grand Avenue
Englewood, New Jersey 07631

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 9010(b), KIDMODELS, LLC and John Michael Bagwell by and through their counsel, Kopelman & Kopelman LLP, hereby appear in the above-captioned case and request that all notices and all papers served or required to be served in this case be given to and served upon the following:

KOPELMAN & KOPELMAN LLP
Attention: Michael S. Kopelman, Esq.
55 Main Street
Hackensack, New Jersey 07601

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Bankruptcy rule 2002 and also includes, without limitation, any plan of reorganization and objections thereto, notices of any order, pleadings, motions, applications, complaints, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents brought before this Court with respect to these proceedings.

This appearance and request for notice is without prejudice to the rights, remedies and claims of KIDMODELS, LLC and John Michael Bagwell against other entities or any objection that may be made to the subject matter jurisdiction of the Court or the propriety of venue, and shall not be deemed or construed to submit KIDMODELS, LLC and John Michael Bagwell to the jurisdiction of the Court.

All rights, remedies and claims of KIDMODELS, LLC and John Michael Bagwell are hereby expressly reserved, including without limitation, the right to a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

KOPELMAN & KOPELMAN LLP
Attorneys for KIDMODELS, LLC
and John Michael Bagwell


BY: ___/s/ Michael S. Kopelman_
      Michael S. Kopelman, Esq.


Dated: November 19, 2004

A:\kids.com, notice of appearance (#131)